# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1967

_____

Eloy Galarza-Sanchez

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 14, 2020
Filed: February 21, 2020
[Unpublished]

_____

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Eloy Galarza-Sanchez petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge, which denied his motion to terminate removal proceedings, and ordered him removed to Mexico. Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition because Galarza-Sanchez's challenge to the agency's

jurisdiction over his removal proceedings is foreclosed by this court's precedent. *See Ali v. Barr*, 924 F.3d 983, 986 (8th Cir. 2019).

The petition is denied. *See* 8th Cir. R. 47B.

_____